IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE JONES II,

      Plaintiff,                             No. CIV S-04-2739 DFL KJM P

      vs.

MICHAEL KNOWLES, et al.,

      Defendants.               ORDER

                                /

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On February 8, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.[1]

/////

---

[1] In his objections, plaintiff asks that the court "impose an order to both parties to restore the Appeals / Parolee's process to its original status which would be at the informal level of response." Objections at 5. However, Plaintiff fails to identify any legal authority in support of his request.

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 8, 2006, are adopted in full;

2. Defendant Alameida's August 26, 2005 motion to dismiss is granted;

3. Plaintiff's claims against defendant Alameida are dismissed without prejudice for failure to exhaust administrative remedies prior to bring suit; and

4. This case is closed.

DATED: 3/16/2006

_____
DAVID F. LEVI
United States District Judge